

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00353-CR

RUSSELL BRIAR SCOTT FORY, Appellant

§ On Appeal from the 43rd District Court

§ of Parker County (CR18-0509)

V.

§ April 15, 2021

§ Memorandum Opinion by Justice Kerr

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the sentence of the trial court is reversed, and this case is remanded to the trial court for a new punishment hearing.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr